Fill in this information to identify the case:

United States Bankruptcy Court for the:
**Western District of Virginia**

Case number (if known): _____    Chapter **11**

☐ Check if this is an amended filing

# Official Form 201

## Voluntary Petition for Non-Individuals Filing for Bankruptcy    06/24

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

**1. Debtor's name**  The MLJ Companies LLC

**2. All other names debtor used in the last 8 years**
Include any assumed names, trade names, and *doing business as names*

**3. Debtor's federal Employer Identification Number (EIN)**  8 3 – 1 7 3 1 1 4 4

**4. Debtor's address**

**Principal place of business**

700 Semmes Ave
Number    Street

Richmond, VA 23224
City            State    ZIP Code

Richmond (city)
County

**Mailing address, if different from principal place of business**

Number    Street

City            State    ZIP Code

**Location of principal assets, if different from principal place of business**

227 Boulder Springs Lane
Number    Street

Louisa, VA 23093
City            State    ZIP Code

**5. Debtor's website (URL)**

**6. Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Official Form 201        **Voluntary Petition for Non-Individuals Filing for Bankruptcy**        page **1**

Debtor  **The MLJ Companies LLC**                                    Case number *(if known)*
　　　　　Name

| | |
|---|---|
| **7. Describe debtor's business** | A. *Check one:*<br>☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))<br>☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))<br>☐ Railroad (as defined in 11 U.S.C. §101(44))<br>☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))<br>☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))<br>☐ Clearing Bank (as defined in 11 U.S.C. §781(3))<br>☑ None of the above<br><br>B. *Check all that apply:*<br>☐ Tax-exempt entity (as described in 26 U.S.C. §501)<br>☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)<br>☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))<br><br>C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .<br>**5  3  1  1** |
| **8. Under which chapter of the Bankruptcy Code is the debtor filing?** | *Check one:*<br>☐ Chapter 7<br>☐ Chapter 9<br>☑ Chapter 11. *Check all that apply:*<br>　☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).<br>　☑ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).<br>　☑ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.<br>　☐ A plan is being filed with this petition.<br>　☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).<br>　☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.<br>　☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.<br>☐ Chapter 12 |
| **9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**<br><br>If more than 2 cases, attach a separate list. | ☑ No<br>☐ Yes.  District _____ When _____ Case number _____<br>　　　　　　　　　　　　　　　　　MM / DD / YYYY<br>　　District _____ When _____ Case number _____<br>　　　　　　　　　　　　　　　MM / DD / YYYY |
| **10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**<br><br>List all cases. If more than 1, attach a separate list. | ☑ No<br>☐ Yes.  Debtor _____ Relationship _____<br>　　District _____ When _____<br>　　　　　　　　　　　　　　MM / DD / YYYY<br>　　Case number, if known _____ |

Official Form 201    **Voluntary Petition for Non-Individuals Filing for Bankruptcy**    page **2**

Debtor   **The MLJ Companies LLC**  Case number *(if known)* _____
         Name

| | |
|---|---|
| **11. Why is the case filed in *this district*?** | *Check all that apply:*<br>☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.<br>☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |
| **12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?** | ☑ No<br>☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.<br>**Why does the property need immediate attention?** *(Check all that apply.)*<br>☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.<br>What is the hazard? _____<br>☐ It needs to be physically secured or protected from the weather.<br>☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).<br>☐ Other _____<br>**Where is the property?** _____<br>Number   Street<br>_____<br>_____    _____   _____<br>City                                                     State   ZIP Code<br>**Is the property insured?**<br>☐ No<br>☐ Yes.   Insurance agency _____<br>Contact name _____<br>Phone _____ |

### Statistical and administrative information

| | |
|---|---|
| **13. Debtor's estimation of available funds?** | *Check one:*<br>☑ Funds will be available for distribution to unsecured creditors.<br>☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors. |
| **14. Estimated number of creditors** | ☑ 1-49   ☐ 50-99   ☐ 1,000-5,000   ☐ 5,001-10,000   ☐ 25,001-50,000   ☐ 50,000-100,000<br>☐ 100-199   ☐ 200-999   ☐ 10,001-25,000   ☐ More than 100,000 |
| **15. Estimated assets** | ☐ $0-$50,000              ☐ $1,000,001-$10 million       ☐ $500,000,001-$1 billion<br>☐ $50,001-$100,000        ☐ $10,000,001-$50 million      ☐ $1,000,000,001-$10 billion<br>☑ $100,001-$500,000       ☐ $50,000,001-$100 million     ☐ $10,000,000,001-$50 billion<br>☐ $500,001-$1 million     ☐ $100,000,001-$500 million    ☐ More than $50 billion |

Debtor **The MLJ Companies LLC**
Name

Case number *(if known)* _____

| | | |
|---|---|---|
| **16. Estimated liabilities** | ☐ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| | ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| | ☑ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| | ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

- The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.
- I have been authorized to file this petition on behalf of the debtor.
- I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **11/07/2024**
MM/ DD/ YYYY

X **/s/ Mikel James, Jr.**          **Mikel James, Jr.**
Signature of authorized representative of debtor          Printed name

Title **Managing Member**

**18. Signature of attorney**

X **/s/ Kimberly A. Kalisz**     Date **11/07/2024**
Signature of attorney for debtor          MM/ DD/ YYYY

**Kimberly A. Kalisz**
Printed name

**Conway Law Group, PC**
Firm name

**1320 Central Park Blvd, Suite 200**
Number     Street

**Fredericksburg**          **VA**     **22401**
City          State     ZIP Code

_____          **kimberly@conwaylegal.com**
Contact phone          Email address

**93248**          **VA**
Bar number          State

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
### Western District of Virginia

**In re**   The MLJ Companies LLC

Case No. _____

**Debtor**

Chapter ____**11**____

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   For legal services, I have agreed to accept .................................................................................. **$7,445.95**

   Prior to the filing of this statement I have received ....................................................................... **$7,500.00**

   Balance Due .................................................................................................................................. **($54.05)**

2. The source of the compensation paid to me was:

   ☑ Debtor       ☐ Other (specify)

3. The source of compensation to be paid to me is:

   ☑ Debtor       ☐ Other (specify)

4. ☑  I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐  I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

   b. Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

6. By agreement with the debtor(s), the above-disclosed fee does not include the following services:

B2030 (Form 2030) (12/15)

CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| **11/07/2024** | **/s/ Kimberly A. Kalisz** |
|---|---|
| Date | Kimberly A. Kalisz |
| | *Signature of Attorney* |

Bar Number: 93248
Conway Law Group, PC
1320 Central Park Blvd, Suite 200
Fredericksburg, VA 22401
Phone: (855) 848-3011

**Conway Law Group, PC**
*Name of law firm*

**IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF VIRGINIA
LYNCHBURG DIVISION**

IN RE: **The MLJ Companies LLC**  CASE NO

CHAPTER **11**

**VERIFICATION OF CREDITOR MATRIX**

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date    **11/07/2024**    Signature    **/s/ Mikel James, Jr.**
Mikel James, Jr., Managing Member

| | | |
|---|---|---|
| **BWW LAW GROUP LLC**<br>8100 THREE CHOPT RD<br>HENRICO, VA 23229-0000 | **Chesterfield County Utilities Department**<br>9840 Government Center Pkwy<br>Chesterfield, VA 23832 | **Chesterfield County, Treasurer**<br>PO Box 70<br>Chesterfield, VA 23832-0906 |
| **Citadel Servicing Corp.**<br>PO Box 100081<br>Duluth, GA 30096 | **Dominion Energy**<br>PO Box 26543<br>Richmond, VA 23290-0001 | **Madison Environmental**<br>4600 Ecoff Ave.<br>Chester, VA 23831 |
| **Mikel James Jr.**<br>700 Sims Apt 432<br>Richmond, VA 23224 | | |

# WRITTEN CONSENT OF THE MEMBER
# OF THE MLJ COMPANIES LLC

THE UNDERSIGNED, being all the Members of The MLJ Companies LLC (the "Company"), hereby consent to and adopt the following resolutions, as of the date set forth below:

**WHEREAS**, the Members have reviewed and considered the financial and operational condition of the Company, and the Company's business on the date hereof, including the historical performance of the Company, the assets of the Company, the current and long-term liabilities of the Company, the market for the Company' assets, and credit market conditions; and

**WHEREAS**, the Members have received, reviewed and considered the recommendations of the senior management of the Company and the Company's other advisors as to the relative risks and benefits of pursuing a bankruptcy proceeding under the provisions of chapter 11 of title 11 of the United States Code (the "Bankruptcy Code").

**NOW, THEREFORE, BE IT:**

**RESOLVED**, that, in the judgment of the Members, it is desirable and in the best interests of the Company, its creditors, Members and other interested parties, that a voluntary petition (the "Petition") be filed with the United States Bankruptcy Court for the Western District of Virginia (the "Bankruptcy Court") by the Company commencing a case (the "Bankruptcy Case") under the provisions of the Bankruptcy Code; and it is further

**RESOLVED**, that Mikel James, Jr. (the "Authorized Representative") be, and hereby is, authorized, directed and empowered, on behalf of the Company, to execute, acknowledge, deliver, and verify the Petition and to cause the same to be filed with the Bankruptcy Court at such time as such Authorized Representative may determine; and it is further

**RESOLVED**, that the Authorized Representative be, and hereby is, authorized, directed and empowered on behalf of the Company, to execute, acknowledge, deliver and verify and file any and all petitions, schedules, statements of affairs, lists and other papers and to take any and all related actions that such Authorized Representative may deem necessary or proper in connection with the filing of the Petition and the commencement and execution of the Bankruptcy Case; and it is further

**RESOLVED**, that the Authorized Representative be, and hereby is, authorized, directed and empowered from time to time in the name and on behalf of the Company, to cause the Company to enter into, execute, deliver, certify, file, record and perform such agreements, instruments, motions, affidavits, applications for approvals or rulings of

governmental or regulatory authorities, certificates or other documents, to pay all expenses, including filing fees, and to take such other actions, as in the judgment of such Authorized Representative, shall be necessary, proper and desirable to prosecute to a successful completion the Bankruptcy Case and to effectuate the restructuring or liquidation of the Company's debt, other obligations, organizational form and structure and ownership of the Company, all consistent with the foregoing resolutions and to carry out and put into effect the purposes of these resolutions, and the transactions contemplated by these resolutions, their authority thereunto to be evidenced by the taking of such actions; and it is further

**RESOLVED**, that the law firm of Conway Law Group be, and hereby is, authorized, directed and empowered to represent the Company as bankruptcy counsel to represent and assist the Company in carrying out its duties under the Bankruptcy Code, and to take any and all actions to advance the Company's rights, including the preparation of pleadings and filings in its Bankruptcy Case; and in connection therewith, the Authorized Representative be, and hereby is, authorized, directed and empowered, on behalf of and in the name of the Company to execute appropriate retention agreements, pay appropriate retainers prior to and immediately upon the filing of the Bankruptcy Case, and to cause to be filed an appropriate application for authority to retain the services of Conway Law Group; and it is further

**RESOLVED**, that the Authorized Representative be, and hereby is, authorized, directed and empowered, on behalf of and in the name of the Company to employ any other individual and/ or firm as professionals, consultants, financial advisors, or investment bankers to the Company as are deemed necessary to represent and assist the Company in carrying out its duties under the Bankruptcy Code, and in connection therewith, the Authorized Representative be, and hereby is, authorized, directed and empowered, on behalf of and in the name of the Company to execute appropriate retention agreements, pay appropriate retainers prior to and immediately upon the filing of the Bankruptcy Case, and to cause to be filed an appropriate application for authority to retain the services of such firms; and it is further

**RESOLVED**, that the Authorized Representative be, and hereby is, authorized, directed and empowered, on behalf of and in the name of the Company, to (i) enter into negotiation with any interested parties regarding a purchase of any or all of the assets of the Company, (ii) execute and deliver an agreement providing for such sale, (iii) enter into such additional agreements, consents, certificates, amendments, and instruments as may be necessary to obtain approval for the transactions contemplated thereby, (iv) if the Authorized Representative deems it necessary or appropriate, seek approval from the Bankruptcy Court for authority under the Bankruptcy Code and any other relevant or applicable federal, state, local or non-U.S. law to sell such assets, (v) organize and manage a sales process for such assets, which may take the form of an auction or any other process which may include the identification of a stalking horse bidder, and (vi) enter into such additional agreement, consents, certificates, amendments, and instruments as may be necessary to obtain approval for and effect the transactions contemplated thereby.

MEMBER:

*Mikel James Jr*
196E782867CE4E3...
Mikel James, Jr., Managing Member
The MLJ Companies LLC

11/6/2024 | 08:46 PST

Date

**COMMONWEALTH OF VIRGINIA**
**STATE CORPORATION COMMISSION**

Office of the Clerk

August 28, 2018

MIKEL LEE JAMES JR
5919 WARWICK RD
RICHMOND, VA 23224

**RECEIPT**

RE: The MLJ Companies LLC

ID: S7730577

DCN: 18-08-28-6816

Dear Customer:

This is your receipt for $100.00 to cover the fee(s) for filing articles of organization for a limited liability company with this office.

The effective date of the filing is August 28, 2018.

If you have any questions, please call (804) 371-9733 or toll-free in Virginia, (866) 722-2551.

Sincerely,

Joel H. Peck
Clerk of the Commission

RECEIPTLC
LLNCD
CISECOM

**COMMONWEALTH OF VIRGINIA**
**STATE CORPORATION COMMISSION**

AT RICHMOND, AUGUST 28, 2018

The State Corporation Commission has found the accompanying articles submitted on behalf of

The MLJ Companies LLC

to comply with the requirements of law, and confirms payment of all required fees.  Therefore, it is ORDERED that this

CERTIFICATE OF ORGANIZATION

be issued and admitted to record with the articles of organization in the Office of the Clerk of the Commission, effective August 28, 2018.

STATE CORPORATION COMMISSION

By *[signature]*

Mark C. Christie
Commissioner

DLLCACPT
CISECOM
18-08-28-6816

**ARTICLES OF ORGANIZATION**

**OF**

**THE MLJ COMPANIES LLC**

The undersigned, pursuant to Chapter 12 of Title 13.1 of the Code of Virginia, states as follows:

1. The name of the limited liability company is The MLJ Companies LLC.

2. The purpose for which the limited liability company is formed is to engage in any lawful business, purpose or activity for which a limited liability company may be formed under the Virginia Limited Liability Company Act.

3. The name of the limited liability company's initial registered agent is Mikel Lee James Jr. The initial registered agent is an individual who is a resident of Virginia and a member or manager of the limited liability company.

4. The address of the limited liability company's initial registered office, which is identical to the business office of the initial registered agent, is 5919 Warwick Rd, Richmond, VA 23224. The initial registered office is located in Richmond City, Virginia.

5. The address of the limited liability company's principal office where the records of the limited liability company are to be kept is 5919 Warwick Rd, Richmond, VA 23224.

ORGANIZER:

/s/    MIkel James Jr    Date: August 28, 2018
       MIkel James Jr

# THE MLJ COMPANIES
# BALANCE SHEET
11/6/24

## *ASSETS*

**CURRENT ASSETS**

| | |
|---|---|
| Cash: | $10,759.00 |
| Accounts Receivable: | $1,600.00 |
| Inventory: | $0.00 |
| Prepaid Expenses: | $0.00 |
| Notes Receivable: | $2,400.00 |
| Other Current Assets: | $0.00 |
| **TOTAL CURRENT ASSETS:** | **$14,759.00** |

**FIXED ASSETS**

| | |
|---|---|
| Long-Term Investments: | $0.00 |
| Land: | $22,400.00 |
| Building: | $450,000.00 |
| *Accumulated Building Depreciation:* | ($0.00) |
| Machinery and Equipment: | $2,000.00 |
| *Accumulated Machinery and Equipment Depreciation:* | ($0.00) |
| Furniture and Fixtures: | $3,000.00 |
| *Accumulated Furniture and Fixtures Depreciation:* | ($0.00) |
| Other Fixed Assets: | $0.00 |
| **NET FIXED ASSETS:** | **$477,400.00** |

**OTHER ASSETS**

| | |
|---|---|
| Goodwill: | $0.00 |

**TOTAL ASSETS:** $492,159.00

## *LIABILITIES & EQUITY*

**CURRENT LIABILITIES**

| | |
|---|---|
| Accounts Payable (A/P): | $51,875.00 |
| Accrued Wages: | $0.00 |
| Accrued Payroll Taxes: | $0.00 |
| Accrued Employee Benefits: | $0.00 |
| Interest Payable: | $0.00 |
| Short-Term Notes: | $12,568.00 |
| Current Portion of Long-Term Debt: | |
| **TOTAL CURRENT LIABILITIES:** | **$64,443.00** |

**LONG-TERM LIABILITY**

| | |
|---|---|
| Mortgage: | $336,283.00 |
| Other Long-Term Liabilities: | |
| **TOTAL LONG-TERM LIABILITIES:** | **$336,283.00** |

**OWNER'S EQUITY**

| | |
|---|---|
| **Paid-In Capital:** | $45,957.00 |
| **Net Income:** | $40,000.00 |
| **TOTAL EQUITY:** | $85,957.00 |

| | |
|---|---|
| **TOTAL LIABILITIES & EQUITY:** | $486,683.00 |

Please make sure that Total Assets equal Total Liabilities and Equity in your balance sheet. If the difference the two sides of the balance sheet is greater than 0, please review the values entered.

| | |
|---|---:|
| **TOTAL ASSETS:** | **$492,159.00** |
| **-** | |
| **TOTAL LIABILITIES & EQUITY:** | **$486,683.00** |
| | **$5,476.00** |

**Statement Pursuant to 11 U.S.C. §1116 (1)(B)**

I, Mikel James, the Managing Member of The MLJ Companies LLC, hereby declare under penalty of perjury, pursuant to the laws of the United States, that the following statements are true and correct to the best of my knowledge and belief:

1. No statement of operations or cash-flow statement has been prepared for The MLJ Companies LLC.

2. No Federal tax return has been filed for The MLJ Companies LLC.

Dated: <u>November 7, 2024</u>

*Mikel James Jr*
Mikel James, Managing Member
The MLJ Companies LLC